**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-MJ-00649-AK** |
| | : | |
| | : | **Oral Argument: June 2, 2006** |
| **CINDY SHEEHAN, et al** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**UNITED STATES' MOTION TO CONVERT**
**DATE FOR ORAL ARGUMENT INTO**
**STATUS HEARING AND FOR EXTENSION**
**OF TIME TO FILE THE GOVERNMENT'S OPPOSITION**

COMES NOW, the United States of America, by and through the undersigned attorneys and hereby moves the Court for an order vacating the date currently set for oral argument in this appeal and converting it into a status hearing, and extending the period of time for the United States to submit its brief in opposition. In support of the instant motion, the United States would respectfully show the following:

1. This is a direct appeal from a judgment of conviction entered by United States Magistrate Judge Alan Kay. The trial was conducted on November 16 and November 17 of 2005. This appeal involves multiple individuals who were found guilty of violating 36 C.F.R. § 7.96. In short, the individuals were found guilty of demonstrating, without a valid permit on September 26, 2005, in front of the White House.

2. Although appellant Cindy Sheehan has submitted a brief in support of her appeal, the remaining appellants have not filed a brief as yet. Indeed, those appellants have filed motions for extension of time to submit their briefs. Pursuant to the Court's scheduling order, the United States

-1-

brief is due to be filed on May 24, 2006, and any replies briefs are to be filed on May 31, 2006. Oral argument has been scheduled for June 2, 2006.

3. Counsel for the United States has a trial scheduled for May 23, 2006, and another trial scheduled for June 12, 2006. In addition to the preparation for these trials, the United States has been unable to prepare its opposition brief because it has not yet been served with the briefs from the remaining appellants. It is the United States' understanding that these appellants wish to obtain transcripts from a trial that occurred before United States Magistrate Judge Deborah Robinson on April 19, 2006, that involved a demonstration in front of the White House on October 26, 2006.

4. Finally, the United States has learned today that it did not receive a copy of the transcript from the November 16th proceedings before Magistrate Judge Kay.[1] A copy of that transcript is being ordered.

5. For these reasons, the United States moves the Court for (1) an order converting the date for oral argument into a status hearing, and (2) granting an extension of time for the United States to submit its opposition brief.

6. The United States believes that this motion is opposed. Counsel with the United States conferred with counsel for Appellant Sheehan on May 15, 2006. The appellant indicated that while she would not oppose a brief continuance to accommodate the government's May trial date, it was this appellant's preference that oral argument be delayed no further than the end of June. Further, this appellant requested that she be allowed sufficient time to review the United States' opposition and submit a reply brief in advance of oral argument. In light of the absence of the briefs from the

---

[1] Government counsel spoke with the Supervisor of Court Reporters, Phyllis Murano, on May 15th and was advised that one reporter handled the proceedings in the morning before Magistrate Judge Kay and a second reporter handled the afternoon.

remaining appellants, the lack of a transcripts from November 16, and counsel trial scheduled for June 12 (which is expected to run about two weeks), it is anticipated that the end of June is not feasible.

7.  A status hearing on June 2nd will allow the Court to ascertain if the remaining appellants intend on filing opening briefs.  It will also allow the United States sufficient time to track down the missing transcripts.

Respectfully,
KENNETH L. WAINSTEIN
United States Attorney


By: _____
MICHAEL T. TRUSCOTT
ASSISTANT UNITED STATES ATTORNEY
Member of the New York Bar
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
Phone: (202) 514-7533
Fax: (202) 514-6010

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing United States' Motion to Convert Date for Oral Argument Into Status Hearing And For Extension of Time to File the Government's Opposition was caused to be served via United States Mail, postage prepaid, upon counsel of record for the defendants, this 16th day of May, 2006, upon:

David S. Cohen
Jennifer M. O'Connor
2445 M Street, N.W.
Washington, D.C. 20037

_____
MICHAEL T. TRUSCOTT